[Nos. 34237-1-I; 34238-0-1; 34281-9-I. Division One. July 17, 1995.]

CLARISSA A. FREEMAN, *Appellant*, v. DEJA VU-LYNNWOOD, INC., ET AL., *Respondents*.

BEVERLY BAILEY, *Appellant*, v. DEJA VU-LYNNWOOD, INC., ET AL., *Respondents*.

HOWARD L. BLAKE, *Appellant*, v. DEJA VU-LYNNWOOD, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, Nos. 93-2-02968-3, 92-2-23359-2, 93-2-03017-7, Charles W. Mertel, J., entered March 2, 1994. *Reversed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Cox, J.

[No. 34528-1-I. Division One. July 17, 1995.]

*In re the Marriage of* TODD NELSON, *Appellant, and* TRACY LYNN NELSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-00044-1, Liem E. Tuai, J., entered April 4, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Kennedy, JJ.

[No. 34802-7-I. Division One. July 17, 1995.]

THOMAS J. DONOHUE, *Appellant*, v. GRACE PARISH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-04087-5, Sally Phillips Passette, J., entered May 26, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Kennedy, JJ.